**ALFRED INGHAM v. ELIZABETH INGHAM**

14 So. (2nd) 811                                        June Term, 1943
July 16, 1943                                              Division A
Rehearing Denied September 10, 1943

*William J. Pruitt,* for appellant.

*Blackwell & Walker,* for appellee.

PER CURIAM:

The record and the briefs have been examined and we find no reversible error.

Affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.